# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 2:14-CR-37-RWS-JCF |
| RACHEL MEDINA and | : |
| SANJUANA RODRIGUEZ, | : |
| | : |
| Defendants. | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [97] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the Joint Motion to Dismiss Counts 19-33 [92] filed by Defendants Medina and Rodriguez is **DENIED**.

**SO ORDERED** this 26th day of May, 2015.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)